**Motion Granted; Dismissed and Memorandum Opinion filed January 29, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-10-00771-CR
### NO. 14-10-00772-CR

---

### THE STATE OF TEXAS, Appellant

### V.

### MARK STEVEN BELL, Appellee

---

### On Appeal from the 228th District Court
### Harris County, Texas
### Trial Court Cause Nos. 1238939 and 1238940

---

## M E M O R A N D U M    O P I N I O N

The State of Texas, appellant in the above-entitled and numbered cases, appealed the Harris County District Court's August 3, 2010 order granting appellee Mark Bell's motions to suppress in Cause Nos. 1238939 and 1238940. This Court issued its opinion on August 16, 2011. On May 23, 2012, the Texas Court of Criminal Appeals vacated the judgment and remanded the case for reconsideration.

The parties now have agreed to dismiss these appeals. Therefore, pursuant to the parties' agreement, this Court hereby DISMISSES these appeals. *See* Tex. R. App. P. 42.2, 43.2(f).

PER CURIAM

Panel consists of Justices Brown, Christopher, and Busby.
Do Not Publish - TEX. R. APP. P. 47.2(b)